

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR82-0292-RSWL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GERALD L. ROGERS, | ) | |
| Defendant. | ) | |

Defendant GERALD L. ROGERS moves to disqualify (recuse) Judges Robert M. Takasugi, J. Spencer Letts, Ronald S.W. Lew and Lourdes G. Baird.

Judge Lourdes G. Baird has retired from the bench of the Central District of California. The motion is denied as to Judge Baird.

Defendant shows no facts that would qualify to recuse Judges Robert M. Takasugi, J. Spencer Letts or Ronald S.W. Lew.

The motion is denied as to Judges Robert M. Takasugi, J. Spencer Letts and Ronald S.W. Lew.

DATED: May 30, 2008.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE